# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BRADFORD MOSS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV418-049 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

FILED
Scott L. Poff, Clerk
United States District Court

*By jburrell at 11:50 am, Apr 19, 2018*

# **ORDER**

Proceeding *pro se*, Bradford Moss has timely filed a Complaint asking the Court to review the final denial of his social security disability claim. Doc. 1. Upon screening, the Court ordered plaintiff to file an amended complaint. Doc. 6. He has done so, explaining that his constant headaches and his inability to stand for long periods of time, firmly grip, hold things, or carry heavier objects with his "injured hand," and repetitively bend or lift preclude gainful work. Doc. 7 at 1-2. He contends, in short, that the Administrative Law Judge erred by formulating a physical Residual Functional Capacity unendorsed by the record.

This is sufficiently specific to allow the Court, and thus the

Commissioner, to move forward. The Court therefore **DIRECTS** the Clerk to forward a copy of Moss's complaint to the Marshal for service upon defendant and to serve both parties with the General Order in Social Security Appeals, which sets forth the process going forward.

**SO ORDERED,** this  19th  day of April, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA