IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRADFORD E. MOSS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-049
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social )
Security, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 22), to which no objections have been filed. The Magistrate Judge recommends that the instant case be dismissed for want of prosecution because Plaintiff failed to file his opening brief. (Id. at 1.) After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED, this 17th day of April 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA