# United States District Court
## Southern District of Georgia

BRADFORD E. MOSS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-049

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated April 17, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this court, this action is dismissed without prejudice. This case stands closed.



04/17/2019
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk